<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SFX INSTALLATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JERAL PIMENTEL and <br> TRANSCENDENT BUILDERS <br> CONSTRUCTION CORP., <br><br> Defendants. | Civ. No. 21-11326 <br><br> **ORDER** |

<u>THOMPSON, U.S.D.J.</u>

IT APPEARING that, on June 18, 2021, the Court held a conference with the parties regarding the pending Motion for Preliminary Injunction (ECF No. 7) and Motion for Expedited Discovery (ECF No. 8) filed by Plaintiff SFX Installation, Inc. ("Plaintiff");

IT IS, on this 18th day of June, 2021,

ORDERED that the Motion for Expedited Discovery filed by Plaintiff (ECF No. 8) is GRANTED; and it is further

ORDERED that the parties shall engage in expedited discovery as follows:

1.    Defendants and Plaintiff shall each serve ten (10) Requests for Production on or before July 5, 2021;

2.    Defendants and Plaintiff shall each exchange full and complete responses to the above-referenced Requests for Production on or before July 16, 2021; and

3.    Defendants and Plaintiff may each conduct one (1) fact witness deposition not to

exceed five (5) hours in duration, which may be conducted virtually and shall be

completed on or before July 28, 2021, in advance of the hearing on the Motion for

Preliminary Injunction to be scheduled at a later date; and it is further

ORDERED that, following expedited discovery, Defendants and Plaintiff shall submit

briefs on the pending Motion for Preliminary Injunction (ECF No. 7), not to exceed fifteen (15)

pages, on or before August 13, 2021.


_/s/ Anne E. Thompson_
ANNE E. THOMPSON, U.S.D.J.