UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>

**OFFICE: TRENTON**
**JUDGE ANNE E. THOMPSON**                                  6/18/2021
**COURT RECORDER: K. MCGONIGLE**


**TITLE OF CASE:**                                          CV21-11326(AET)

SFX Installation, Inc.

v.

Pimentel, et al.


**APPEARANCES:**
Carl Engel, Esq., & Jonathan Landesman, Esq., for Plaintiff
David Jarashow, Esq., for Defendants


**NATURE OF PROCEEDINGS:**
**CONFERENCE HELD VIA VIDEO RE: [7] MOTION FOR PRELIMINARY INJUNCTION & [8] MOTION TO EXPEDITE DISCOVERY.**
Ordered [8] Motion to Expedite Discovery is granted.
Ordered expedited discovery schedule set.
Parties to submit briefs on the pending [7] Motion not to exceed fifteen pages, by 8/13/2021.
The hearing on the Motion for Preliminary Injunction is to be scheduled for a later date to be determined.
Scheduling order to be filed.

**TIME ON THE RECORD 2:30 p.m.**
**TIME ADJOURNED: 2:50 p.m.**
**TOTAL TIME: 20 minutes**


                                                  s/*Ann Dello Iacono*
                                                   **Deputy Clerk**